28 PROSPECT HILL STREET, INC. et al.

v.

Paul GAINES et al.

No. 82–533–M.P.

Supreme Court of Rhode Island.

Dec. 30, 1982.

Corcoran, Peckham & Hayes, P.C., Joseph T. Houlihan, Jeffrey J. Teitz, Newport, for petitioners.

Thomas W. Kelly, City Sol., Newport, for respondents.

ORDER

The petition for writ of certiorari is granted. The stay issued in this case on December 17, 1982 is continued until further order of this court. This case is hereby assigned to the March 1983 calendar for oral argument. The petitioners' brief shall be filed on or before January 25, 1983 and the respondents' brief shall be filed on or before February 19, 1983. No briefing extensions will be granted.

MURRAY, J., did not participate.